# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                            **Case No. 12-CR-122**

**DONAVEN JACKSON**
    **Defendant.**

## ORDER

Following the dismissal of the indictment against him, defendant moved pursuant to Fed. R. Crim. P. 41(g) for return of $8000 seized from his vehicle. The parties subsequently entered into discussions to resolve the matter. The government now advises that the parties have reached an agreement, and that the government has paid defendant the portion of the seized funds it agreed to return pursuant to the settlement agreement.

Accordingly,

**IT IS ORDERED** that defendant's motion (R. 45) is **DISMISSED** as moot.

Dated at Milwaukee, Wisconsin, this 24th day of January, 2014.

                                      /s Lynn Adelman
                                      _____
                                      LYNN ADELMAN
                                      District Judge